IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
May 20 2021

ARTHUR JOHNSTON, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.: 3:20-cr-00031 CWR-LGI

TED BRENT ALEXANDER and
JON DARRELL SEAWRIGHT

### ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government to Unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 20TH day of May, 2021.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE