N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:20-CR-00031-CWR-LGI

JON DARRELL SEAWRIGHT

## WAIVER OF COURT-APPOINTED COUNSEL

The above named defendant, after being advised of the nature of the charge and of his/her

rights, hereby waives in open court his/her right to court-appointed counsel to represent him/her.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

Date:  May 20, 2021