IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION (JACKSON)

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 3:20-cr-00031-CWR-LGI

JON DARRELL SEAWRIGHT

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Charles R. Mullins, of Coxwell and Associates, PLLC, and enters this appearance on behalf of Jon Darrell Seawright, in the above styled and numbered cause.

Respectfully submitted,

**JON DARRELL SEAWRIGHT**

By:   /s/ Charles R. Mullins
      CHARLES R. MULLINS

CHARLES R. MULLINS (MB# 9821)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
Email: chuckm@coxwelllaw.com

## CERTIFICATE OF SERVICE

This is to certify that I, Charles R. Mullins, have on this day filed the above and foregoing Notice of Entry of Appearance with Clerk of the Court via the ECF system, which sent notice of same all counsel of record:

THIS, the 2nd day of June, 2021.