**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  CAUSE NO. 3:20-cr-00031-CWR-LGI

**TED BRENT ALEXANDER and
JON DARRELL SEAWRIGHT**

## MOTION TO CONTINUE

The Defendant Jon Darrell Seawright, by and through his attorneys of record files this his Motion to Continue and would show unto the Court the following:

1. The Defendant was recently indicted and made his initial appearance on May 20, 2021. The Defendant has also been indicted in a separate case and charged with bankruptcy fraud. See 3:21-cr-00007-HTW-FKB. Trial in this case is currently scheduled for July 6, 2021, with dispositive motions due June 15, 2021, and non-dispositive motions due on June 4, 2021. Counsel for Mr. Seawright has not received any discovery and will be unable to be prepared for trial on July 6, 2021. Also, the Defendant is unable to reply to any reciprocal demands for discovery. Lastly, counsel is unable to file any evidentiary motions without discovery. Co-defendant Brent Alexander has also filed a motion to continue which the Government did not oppose.

2. A continuance in this case is not made for the purpose of delay. The "ends of justice outweigh the best interests of the public" and favor the granting of the continuance. The accused, through counsel, waives his Speedy Trial Rights and understands that the period of delay shall be excluded from mandated under 18 U.S.C.§3161. Mr. Seawright is out on bond so he is not prejudiced by a delay. The Defendant's waiver of his speedy trial rights will be filed separately.

WHEREFORE, PREMISES CONSIDERED, Defendant Jon Darrell Seawright, by and through undersigned counsel, respectfully requests that this, his Motion for Continuance be received and considered by this Honorable Court and after same an Order issue granting a continuance continuing the current trial setting until a later date.

RESPECTFULLY SUBMITTED, THIS the 4th day of June, 2021.

JON DARRELL SEAWRIGHT,
DEFENDANT

BY:   /s/ Charles R. Mullins
      CHARLES R. MULLINS

CHARLES R. MULLINS (MB# 9821)
MÉRRIDA (BUDDY) COXWELL (MB# 7782)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Email: chuckm@coxwelllaw.com
       merridac@coxwelllaw.com

**ATTORNEYS FOR JON DARRELL SEAWRIGHT**

### CERTIFICATE OF SERVICE

I, Charles R. Mullins, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of interest.

This the 4th day of June 2021.

/s/ Charles R. Mullins
CHARLES R. MULLINS