IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION (JACKSON)

UNITED STATES OF AMERICA

V.                                    CAUSE NO. 3:20-cr-00031-CWR-LGI

JON DARRELL SEAWRIGHT

## DEFENDANT JON DARRELL'S WAIVER OF RIGHT TO SPEEDY TRIAL

COMES NOW Jon Darrell Seawright, the accused in the above-styled and numbered cause, and states that he consents to Waiver of his right to a speedy trial as guaranteed by the Speedy Trial Act, 18 U.S.C. § 3161. Mr. Seawright has been advised of his rights by his attorneys. Seawright has discussed all these issues thoroughly and he intelligently, knowingly, and voluntarily agrees to the entry of an order continuing this cause.

RESPECTFULLY SUBMITTED, this the 3rd day of June 2021.

_____
JON DARRELL SEAWRIGHT, Defendant

CHARLES R. MULLINS (MB# 9821)
MÉRRIDA (BUDDY) COXWELL (MB# 7782)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Email: chuckm@coxwelllaw.com
       merridac@coxwelllaw.com

*ATTORNEYS FOR JON DARRELL SEAWRIGHT*

CERTIFICATE OF SERVICE

I, Charles R. Mullins, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of interest.

This the 4th day of June 2021.

/s/ Charles R. Mullins
CHARLES R. MULLINS